# United States Court of Appeals

## For the Seventh Circuit

## Chicago, Illinois 60604

**Date: March 29, 2005**

**By the Court:**

No. 04-4096

MICHAEL E. DAVIS,
                Plaintiff - Appellant
  v.

CHARLES NOVY, individually and in his capacity as a
Bolingbrook, Illinois Police officer for the Village of
Bolingbrook, and LUIS ESCOBAR, individually and in his
capacity as a Bolingbrook Police Officer for the Village of
Bolingbrook,
                Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division
No. 03 C 572, Arlander Keys, Magistrate Judge

        Upon consideration of the **RESPONSE TO RULE TO SHOW CAUSE**
filed by the appellant on 3/22/05,

        **IT IS ORDERED** that the Rule to Show Cause is **SUSPENDED**
pending the timely filing of appellant's brief by the due date
as extended.  Briefing will proceed as follows:

    1.  The brief and required short appendix of the appellant
        are due by 3/31/05.

    2.  The brief of the appellees is due by 5/2/05.

    3.  The reply brief of the appellant, if any, is due by
        5/16/05.

  NOTE:    Circuit Rule 31(e)(amended Dec. 1, 2001) requires that counsel tender a digital copy of a brief, from cover
            to conclusion, at the time the paper copies are tendered for filing. The file must be a text based PDF
            (portable document format), which contains the entire brief from cover to conclusion. Graphic based scanned
            PDF images do not comply with this rule and will not be accepted by the clerk.

            Rule 26(c), Fed. R. App. P., which allows three additional days after service by mail, does not apply when the
            due dates for briefs are specifically set by order of this court. All briefs are due by the dates ordered.

(1143-110193)